```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 06 B 12891
   LYNN M VALERIO
                                            CHAPTER 13

                                            JUDGE: BRUCE W BLACK

         Debtor
   SSN XXX-XX-1692


----------------------------------------------------------------------
                   TRUSTEE'S FINAL REPORT AND ACCOUNT
----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 10/10/06 and confirmed on 05/09/07.

   2.  The case was converted to Chapter 7 after confirmation, 11/29/2007.

   3.  The Debtor paid a total of $   6080.00 .

   4.  The Trustee made disbursements to creditors as follows:

----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
----------------------------------------------------------------------
HOMEQ SERVICING CORP     CURRENT MORTG         .00          .00         .00
HOMEQ SERVICING CORP     MORTGAGE ARRE    37878.65          .00     2802.70
MID AMERICA BANK         SECURED              .00           .00         .00
MID AMERICA BANK         MORTGAGE ARRE    10000.00          .00      739.92
CATON RIDGE HOMEOWNERS A SECURED           1379.73         2.98      647.44
INTERNAL REVENUE SERVICE PRIORITY          2482.78          .00         .00
ROUNDUP FUNDING LLC      UNSECURED          802.64          .00         .00
ARROW FINANCIAL          UNSECURED        NOT FILED         .00         .00
CAPITAL ONE BANK         UNSECURED          682.49          .00         .00
CBUSA SEARS              UNSECURED        NOT FILED         .00         .00
CHECK RECOVERY SYSTEMS   UNSECURED        NOT FILED         .00         .00
CONNECTICUT GENERAL LIFE UNSECURED        NOT FILED         .00         .00
CORWIN MEDICAL CARE      UNSECURED        NOT FILED         .00         .00
CCB                      UNSECURED        NOT FILED         .00         .00
REVENUE PRODUCTION MANAG UNSECURED        NOT FILED         .00         .00
FIRST PREMIER BANK       UNSECURED        NOT FILED         .00         .00
NATIONAL SERVICE CONTRAC UNSECURED        NOT FILED         .00         .00
ECAST SETTLEMENT CORPORA UNSECURED          1387.84         .00         .00
HSBC                     UNSECURED        NOT FILED         .00         .00
PROVIDIAN NATIONAL BANK  UNSECURED        NOT FILED         .00         .00
----------------------------------------------------------------------
CREDITOR NAME            CLASS           CLAIM AMOUNT   INTEREST    PRINCIPAL
                                                        PAID        PAID
----------------------------------------------------------------------
NAPERVILLE RADIOLOGISTS  UNSECURED        NOT FILED         .00         .00
INTERNAL REVENUE SERVICE UNSECURED           827.59         .00         .00
         Summary of disbursements:
----------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
----------------------------------------------------------------------
TOTAL CLMS ALLOWED    49258.38    2482.78    3700.56        .00    55441.72
```

```
PRINCIPAL PAID            4190.06           .00          .00          .00        4190.06
INTEREST PAID                2.98           .00          .00          .00           2.98
TOTAL PAID                4193.04           .00          .00          .00        4193.04
```
The Debtor's attorney, PAUL M BACH                          , was allowed $   2500.00
and was paid $    800.00   direct and $   1700.00   through the plan.

The Trustee received $     186.96 .

Refunds to the Debtor totaled $        .00 .

   Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


   Dated: 02/12/08                    /S/
                                       GLENN STEARNS
                                     CHAPTER 13 TRUSTEE